Case 2:12-cr-00224-KJD-PAL   Document 30   Filed 07/30/13   Page 1 of 3



```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

          JUL 3 0 2013

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:12-CR-224-KJD-(PAL) |
| ROLAND HINDS, | ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On April 25, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant ROLAND HINDS to a criminal offense, forfeiting specific property agreed to in the Plea Agreement and alleged in the Criminal Indictment and Bill of Particulars and shown by the United States to have a requisite nexus to the offense to which defendant ROLAND HINDS pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 16; Change of Plea Minutes, ECF No. 25; Preliminary Order of Forfeiture, ECF No. 26; Plea Agreement, ECF No. 27.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 2, 2013, through May 31, 2013, and notified all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 28.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Gateway Computer Tower, Serial Number BTGCPP20042;
2. Toshiba Laptop with Power Cord, Serial Number CR027701Q;
3. Attache flash drive;
4. Western Digital External Hard Drive, Serial Number WMX1E61EEWX7;
5. Toshiba External Hard Drive, Serial Number 81U1P9FYTQ11; and
6. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

25  . . .
26  . . .

1    The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2    certified copies to the United States Attorney's Office.
3    DATED this 30th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

3