**DAVID Z. CHESNOFF, ESQ.**
**Nevada Bar No. 2292**
**RICHARD A. SCHONFELD, ESQ.**
**Nevada Bar No. 6815**
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Telephone: (702)384-5563**
**Attorneys for Defendant,**
*ROLAND HINDS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>ROLAND HINDS, )<br><br>Defendant. ) | **2:12-cr-00224-KJD-PAL** |

**STIPULATION TO CONTINUE THE MAY 13, 2026, HEARING SCHEDULED FOR INITIAL APPEARANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Joshua Brister Esq., and Defendant, **ROLAND HINDS**, by and through his attorneys David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., that the hearing scheduled for May 13, 2026, for the Defendant's Initial Appearance be continued to May 14, 2026, so that counsel Richard A. Schonfeld can appear for the Defendant.

This Stipulation is entered into for the following reasons:

1.     The Defendant Roland Hinds was arrested on May 12, 2026, and his Initial Appearance is scheduled for May 13, 2026, before the Honorable Magistrate Judge Nancy J. Koppe;

2.     Counsel David Z. Chesnoff and Richard A. Schonfeld have been retained to represent

Defendant Roland Hinds in this matter;

3.     Both Counsel Chesnoff and Schonfeld will out of the jurisdiction on May 13, 2026. Accordingly, Defendant's counsel requests that the matter be set for Initial Appearance on May 14, 2026, so that counsel Schonfeld can appear for the Defendant;

4.     The Government and Defendant consent to the continuance being sought herein;

5.     Additionally, denial of this request for continuance would result in a miscarriage of justice.

For the foregoing reasons, the parties request a continuance of the Initial Appearance to May 14, 2026.

**DATED** this 12th day of May, 2026

| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
|---|---|
| */s/ Joshua Brister* | */s/ Richard A. Schonfeld* |
| **JOSHUA BRISTER, AUSA** | **RICHARD A. SCHONFELD, ESQ**. |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Roland Hinds |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

. . . .

. . .

. . . .

## FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1.     The Defendant Roland Hinds was arrested on May 12, 2026, and his Initial Appearance is scheduled for May 13, 2026, before the Honorable Magistrate Judge Nancy J. Koppe;

2.     Counsel David Z. Chesnoff and Richard A. Schonfeld have been retained to represent Defendant Roland Hinds in this matter;

3.     Both Counsel Chesnoff and Schonfeld will out of the jurisdiction on May 13, 2026. Accordingly, Defendant's counsel requests that the matter be set for Initial Appearance on May 14, 2026, so that counsel Schonfeld can appear for the Defendant;

4.     The Government and Defendant consent to the continuance being sought herein;

5.     Additionally, denial of this request for continuance would result in a miscarriage of justice.

**IT IS THEREFORE ORDERED** that the Hearing for Initial Appearance currently scheduled for May 13, 2026, be continued to the **14th day of May, 2026, at the hour of 2:00pm in Courtroon 3D.**

     **IT IS SO ORDERED.** ⸻

     **DATED** 5-12-26.

                                                                  _____
                                                                  Hon. Maximiliano D. Couvillier III
                                                                  United States Magistrate Judge

Submitted by:

*/s/ Richard A. Schonfeld*_____
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel. [702] 384-5563
rschonfeld@cslawoffice.net
Attorney for Defendant, Roland Hinds

3