**DAVID Z. CHESNOFF, ESQ.**
**Nevada Bar No. 2292**
**RICHARD A. SCHONFELD, ESQ.**
**Nevada Bar No. 6815**
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Telephone: (702)384-5563**
**Attorneys for Defendant,**
*ROLAND HINDS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **2:12-cr-00224-KJD-PAL** |
| | ) | |
| **ROLAND HINDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

ORDER   **TO CONTINUE THE PRELIMINARY HEARING**
**SCHEDULED FOR MAY 29, 2026**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Joshua Brister Esq., and Defendant, **ROLAND HINDS**, by and through his attorneys David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., that the Preliminary Hearing currently scheduled for May 29, 2026, at the hour of 10:00 a.m. be continued to June 8, 2026, or a time thereafter but not on or between June 11-17, or on June 25, 2026.

This Stipulation is entered into for the following reasons:

1.      That both counsel David Z. Chesnoff and Richard A. Schonfeld have a scheduling conflict with the May 29, 2026, setting;

2.      The Government and Defendant consent to the continuance being sought herein;

3.      Defendant's counsel has been in communication with United States Probation in an effort to determine if a resolution to this matter can be reached.  A resolution would alleviate the need for a Preliminary Hearing;

4.      Additionally, denial of this request for continuance would result in a miscarriage of justice.

5.      Defendant's counsel has communicated with the Defendant, who is in custody, and he consents to this request.

For the foregoing reasons, the parties request a continuance of the Preliminary Hearing to June 8, 2026, or a time thereafter but not on or between June 11-17, or June 25, 2026 at 10:00 a.m.

**DATED** this 22nd day of May, 2026

**UNITED STATES ATTORNEY**                    **CHESNOFF & SCHONFELD**

*/s/ Joshua Brister*                                  */s/ Richard A. Schonfeld*
**JOSHUA BRISTER, AUSA**                      **RICHARD A. SCHONFELD, ESQ**.
501 Las Vegas Blvd. South, Suite 1100         520 South Fourth Street
Las Vegas, Nevada 89101                           Las Vegas, Nevada 89101
Attorney for Plaintiff                              Attorney for Defendant, Roland Hinds
Tel: (702) 388-6336                                 Tel: (702) 384-5563

. . . .

. . .

. . .

2

## FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1.     That both counsel David Z. Chesnoff and Richard A. Schonfeld have a scheduling conflict with the May 29, 2026, setting;

2.     The Government and Defendant consent to the continuance being sought herein.

3.     Defendant's counsel has been in communication with United States Probation in an effort to determine if a resolution to this matter can be reached.  A resolution would alleviate the need for a Preliminary Hearing;

4.     Additionally, denial of this request for continuance would result in a miscarriage of justice;

5.     Defendant's counsel has communicated with the Defendant, who is in custody, and he consents to this request.

**IT IS THEREFORE ORDERED** that the Preliminary Hearing currently scheduled for May 29, 2026 at the hour of 10:00 a.m. be continued to June 22, 2026 at 1:00 pm in LV Courtroom 3C before United States Magistrate Judge Maximiliano D. Couvillier III.

**IT IS SO ORDERED.**

**DATED** this __22nd__ day of _____May_____, 2026.

_____
**MAXIMILIANO D. COUVILLIER III**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

/s/ Richard A. Schonfeld_____
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel. [702] 384-5563
rschonfeld@cslawoffice.net
Attorney for Defendant, Roland Hinds