**DAVID Z. CHESNOFF, ESQ.**
**Nevada Bar No. 2292**
**RICHARD A. SCHONFELD, ESQ.**
**Nevada Bar No. 6815**
**CHESNOFF & SCHONFELD**
**520 South Fourth Street**
**Las Vegas, Nevada 89101**
**Telephone: (702)384-5563**
**Attorneys for Defendant,**
*ROLAND HINDS*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cr-00224-KJD-PAL |
| | ) | |
| ROLAND HINDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION TO CONTINUE THE PRELIMINARY HEARING
### SCHEDULED FOR JUNE 22, 2026

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Joshua Brister Esq., and Defendant, **ROLAND HINDS**, by and through his attorneys David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., that the Preliminary Hearing currently scheduled for June 22, 2026, at the hour of 1:00 p.m. be continued for a period of one week, or a time thereafter that is convenient to the Court.

This Stipulation is entered into for the following reasons:

1.      The parties have reached a resolution to the revocation proceedings.  As such, the Defendant will be executing a Waiver of Preliminary Hearing so that the matter can be resolved before the District Court;

2.    The Defendant is in custody, and as a result, counsel do not expect to have the executed waiver form back until June 22, 2026, at the earliest.  Accordingly, in order to avoid Defendant being transported for a hearing that is not going to be necessary, the parties have entered into this Stipulation;

3.    The Government and Defendant consent to the continuance being sought herein;

4.    Defendant's counsel has communicated with the Defendant, who is in custody, and he consents to this request.

For the foregoing reasons, the parties request a continuance of the Preliminary Hearing for a one week period, or a time thereafter that is convenient to the Court.

**DATED** this 18th day of June, 2026

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */s/ Joshua Brister* | */s/ Richard A. Schonfeld* |
| **JOSHUA BRISTER, AUSA** | **RICHARD A. SCHONFELD, ESQ**. |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Roland Hinds |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

. . . .

. . .

. . .

## FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1.   The parties have reached a resolution to the revocation proceedings.  As such, the Defendant will be executing a Waiver of Preliminary Hearing so that the matter can be resolved before the District Court;

2.   The Defendant is in custody, and as a result, counsel do not expect to have the executed waiver form back until June 22, 2026, at the earliest.  Accordingly, in order to avoid Defendant being transported for a hearing that is not going to be necessary, the parties have entered into this Stipulation;

3.   The Government and Defendant consent to the continuance being sought herein;

4.   Defendant's counsel has communicated with the Defendant, who is in custody, and he consents to this request.

**IT IS THEREFORE ORDERED** that the Preliminary Hearing  currently scheduled for June 22, 2026 at the hour of 1:00 p.m. be continued to the __29th__ day of __June__, 2026 at the hour of __1:00pm__ to be heard before United States Magistrate Judge Maximiliano D. Couvillier III.

**IT IS SO ORDERED.**

DATED this __18th__ day of __June__, 2026.

_____
**MAXIMILIANO D. COUVILLIER III**
**UNITED STATES MAGISTRATE**
**JUDGE**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
rschonfeld@cslawoffice.net
Attorney for Defendant, Roland Hinds